No. 75. MOFFETT, EXECUTRIX, *v.* COMMERCE TRUST Co. ET AL. C. A. 8th Cir. Certiorari denied. *Martin J. O'Donnell* for petitioner. *Charles M. Blackmar* and *Philip J. Close* for the Commerce Trust Co.; *Orlin A. Weede, Walter A. Raymond* and *R. Carter Tucker* for Weede et al.; and *B. C. Howard* for Kopp et al., respondents.

No. 76. TAYLOR ET AL. *v.* HUBBELL ET AL. C. A. 9th Cir. Certiorari denied. *Gerald Jones* for petitioners. *J. Nicholas Udall* for respondents.

No. 84. JACKSON *v.* AMERICAN FIRE & CASUALTY Co. C. A. 5th Cir. Certiorari denied. *J. Y. Sanders, Jr.* and *Ben R. Miller* for petitioner.

No. 87. DALTON ET AL. *v.* MARZALL, COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *John J. Rogan* and *Charles A. Morton* for petitioners. *Solicitor General Perlman* and *John R. Benney* for respondent.

No. 88. DORSKY *v.* BROWN, LICENSE INSPECTOR. Supreme Court of Alabama. Certiorari denied. *John S. Tucker, Jr.* for petitioner. *Si Garrett,* Attorney General of Alabama, and *H. Grady Tiller* and *William H. Burton,* Assistant Attorneys General, for respondent.

No. 93. GALTER ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Henry H. Koven* for petitioners. *Solicitor General Perlman, Assistant Attor-*